ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP - 3 2014
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6 / Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MORONES,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>  Defendant. | Case No. CV 13-1235 JFW (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

DATED: September 2, 2014

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE